**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment, <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　vs. <br><br>Engineered Plastic Components, Inc. <br><br>　　　　　　　　　　　Defendant. | Civil Action No. 8:22-cv-04085-TMC <br><br>**NOTICE OF APPEARANCE** |

Lane W, Davis, of the law firm of Nelson Mullins Riley & Scarborough, LLP, hereby enters his appearance as counsel for Plaintiff TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment in the above-captioned matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:　*s/ Lane W. Davis*
　　　Lane W. Davis
　　　Federal Bar No. 7739
　　　lane.davis@nelsonmullins.com
　　　2 W. Washington Street Suite 400
　　　Post Office Box 10084 (29603-0084)
　　　Greenville, SC  29601
　　　Tel: (864) 250-2300
　　　Fax: (864) 232-2925

Greenville, South Carolina
January 16, 2023