**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment, | ) ) ) ) | Civil Action No. 8:22-cv-04085-TMC |
| Plaintiff/Counter-Defendant, | ) ) | |
| vs. | ) ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |
| Engineered Plastic Components, Inc. | ) ) | |
| Defendant/Counter-Plaintiff. | ) ) ) | |

Pursuant to Local Rule 6.02, John F. Kuppens, counsel for TTI Consumer Power Tools, Inc. requests protection from conferences, hearings, or other court appearances because of travel plans for personal vacations and attendance at professional association meetings on the following dates:

- March 23, 2023 through March 24, 2023;
- April 14, 2023;
- April 27, 2023 through April 28, 2023;
- May 3, 2023 through May 5, 2023; and
- June 20, 2023 through June 26, 2023.

Therefore, John F. Kuppens, hereby requests protection from all appearances for the above-listed dates in this division and this matter.

*Signature on Following Page*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ John F. Kuppens
  John F. Kuppens
  Federal Bar No. 5026
  E-Mail: john.kuppens@nelsonmullins.com
  1320 Main Street / 17th Floor
  Post Office Box 11070 (29211-1070)
  Columbia, SC  29201
  (803) 799-2000

  Lane W. Davis
  Federal Bar No. 7739
  E-Mail:  lane.davis@nelsonmullins.com
  104 South Main Street / Ninth Floor
  Post Office Box 10084 (29603-0084)
  Greenville, SC  29601
  (864) 250-2300

  Kelly M. Reid
  Federal Bar No. 10363
  E-Mail: kelly.reid@nelsonmullins.com
  One Wells Fargo Center
  301 South College Street / 24th Floor
  Charlotte, NC 28202
  (704) 417-3000

  *Attorneys for Plaintiff/Counter-Defendant TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment*

March 1, 2023

2