**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment,<br><br>        Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Engineered Plastic Components, Inc.<br><br>        Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 8:22-cv-04085-TMC<br><br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Pursuant to Local Rule 6.02, John F. Kuppens, counsel for TTI Consumer Power Tools, Inc. requests protection from conferences, hearings, or other court appearances because of travel plans for personal vacation April 19-21, 2023.

Therefore, John F. Kuppens, hereby requests protection from all appearances for the above-listed dates in this division and this matter.

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: s/ John F. Kuppens
    John F. Kuppens
    Federal Bar No. 5026
    E-Mail: john.kuppens@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Lane W. Davis
    Federal Bar No. 7739
    E-Mail:  lane.davis@nelsonmullins.com
    104 South Main Street / Ninth Floor
    Post Office Box 10084 (29603-0084)
    Greenville, SC  29601

(864) 250-2300

Kelly M. Reid
Federal Bar No. 10363
E-Mail: kelly.reid@nelsonmullins.com
One Wells Fargo Center
301 South College Street / 24th Floor
Charlotte, NC 28202
(704) 417-3000

*Attorneys for Plaintiff/Counter-Defendant TTI Consumer
Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a
Techtronic Industries Power Equipment*

March 22, 2023