# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC. F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. 8:22-cv-04085-TMC<br>Judge Timothy C. Cain<br><br>**ENGINEERED PLASTIC COMPONENTS, INC.'S EXPERT DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Local Rule 26.03(A)(3), and the Third Consent Amended Scheduling Order (Doc. 116), Defendant/Counter-Plaintiff Engineered Plastic Components, Inc. hereby identifies and designates the following expert witnesses in this case:

(1) Robert J. Bauman
   Polymer Consulting International, Inc.
   P.O. Box 607
   Ardsley, NY 10502
   (281) 923-3433

The undersigned certifies that on January 16, 2024, a written report prepared and signed by Robert J. Bauman, including all the information required by Federal Rule of Civil Procedure 26(a)(2)(B), has been disclosed to all counsel of record in this case.

(2) Chris Thoms
   986 Martin Lane
   LaSalle, Ontario N9J 2W9
   Canada
   (519) 890-6224

The undersigned certifies that on January 16, 2024, a written report prepared and signed by Chris Thoms, including all the information required by Federal Rule of Civil Procedure 26(a)(2)(B), has been disclosed to all counsel of record in this case.

    (3) Cristi A. Gleason, PhD
        University of Iowa
        Carlson-KPMG Research Professor and Department Executive Officer
        416 Monroe Street
        Iowa City, IA 52246-1616
        (319) 337-4075

The undersigned certifies that on January 16, 2024, a written report prepared and signed by Dr. Cristi A. Gleason, including all the information required by Federal Rule of Civil Procedure 26(a)(2)(B), has been disclosed to all counsel of record in this case.

    (4) Shannon Baldock
        Engineered Plastic Components, Inc.
        1408 Zimmerman Dr.
        Grinnell, IA 50112
        (641) 236-3100 ext. 1245

The undersigned certifies that on January 16, 2024, the information required by Federal Rule of Civil Procedure 26(a)(2)(C) has been disclosed to all counsel of record in this case.

**SIGNATURE APPEARS ON THE FOLLOWING PAGE.**

3

| | |
|---|---|
| Dated: January 16, 2024 | Respectfully submitted, |

*/s/ Christopher B. Major*
Christopher B. Major (Fed ID No. 9382)
J. Patrick Bradley (Fed ID No. 13066)
HAYNSWORTH SINKLER BOYD, P.A.
One North Main, 2nd Floor
Greenville, SC 29601
864.240.3200 (Telephone)
864.240.3300 (Fax)
cmajor@hsblawfirm.com
pbradley@hsblawfirm.com

Vanessa L. Miller (MI Bar No. P67794)
Irina Kashcheyeva (MI Bar No. P72575)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7100 (Telephone)
vmiller@foley.com
ikashcheyeva@foley.com
(admitted pro hac vice)

Jill M. Hale (TX Bar No. 24090141)
FOLEY & LARDNER LLP
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
713.276.5909 (Telephone)
713.276.5500 (Fax)
jhale@foley.com
(admitted pro hac vice)

*Attorneys for Engineered Plastic Components, Inc.*