# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment, | Civil Action No. 8:22-cv-04085-TMC |
| Plaintiff/Counter-Defendant, | **CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINE** |
| vs. | |
| Engineered Plastic Components, Inc. | |
| Defendant/Counter-Plaintiff. | |

Defendant/Counter-Plaintiff Engineered Plastic Components, Inc. ("EPC") moves for an extension of EPC's deadline to respond to TTI's Motion for Judgment on the Pleadings, filed on March 20, 2024 [ECF 156]. EPC requests that the deadline be extended by seven days from April 2, 2024 to April 9, 2024. EPC requests this extension because it would benefit from additional time to brief the issues raised by the Motion for Judgment on the Pleadings. Plaintiff/Counter-Defendant TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment consents to this Motion.

SIGNATURES APPEAR ON THE FOLLOWING PAGE.

1

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

*/s/ Christopher B. Major*
Christopher B. Major (Fed ID No. 9382)
J. Patrick Bradley (Fed ID No. 13066)
HAYNSWORTH SINKLER BOYD, P.A.
One North Main, 2nd Floor
Greenville, SC 29601
864.240.3200 (Telephone)
864.240.3300 (Fax)
cmajor@hsblawfirm.com
pbradley@hsblawfirm.com

Vanessa L. Miller (MI Bar No. P67794)
Irina Kashcheyeva (MI Bar No. P72575)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7100 (Telephone)
vmiller@foley.com
iashcheyeva@foley.com
(admitted pro hac vice)

Jill M. Hale (TX Bar No. 24090141)
FOLEY & LARDNER LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
713.276.5909 (Telephone)
713.276.5500 (Fax)
jhale@foley.com
(admitted pro hac vice)

Attorneys for Engineered Plastic
Components, Inc.

Dated: March 22, 2024