AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC., F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>　　　Plaintiff/Counter-Defendant,<br>v.<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>　　　Defendant/Counter-Plaintiff. | Civil Action No.: 8:22-cv-04085-JDA |

## APPEARANCE OF COUNSEL

To:　The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>Defendant/Counter-Plaintiff, Engineered Plastic Components, Inc.</u>

Date:　<u>4/25/2023</u>

s/ Robert Y. Knowlton
*Attorney' signature*

Robert Y. Knowlton
DSC ID No.: 2380
*Printed Name and bar number*

HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street, Suite 2200 (29201)
P.O. Box 11889
Columbia, SC  29211
*Address*

bknowlton@hsblawfirm.com
Email Address

(803) 540-7843
Telephone Number

(803) 765-1243
Fax Number