IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC., F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>      Plaintiff,<br>v.<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>      Defendant,<br>and<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>      Counter-Plaintiff,<br>v.<br><br>TTI CONSUMER POWER TOOLS, INC., F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>      Counter-Defendant. | Civil Action No. 8:22-cv-04085-JDA |

**Defendant/Counter-Plaintiff Engineered Plastic Components, Inc.'s motion for extension of time to work on joint statement of stipulated facts**

   The deadline for summary judgment motions in this matter is currently April 15, 2025. Pursuant to the Summary Judgment Motion Procedures for Judge Austin, the parties are required to work toward a joint statement of material facts not in dispute. The undersigned requests additional time to present proposed stipulated material facts to opposing counsel until and including Monday March 31, 2025. This requested extension is not expected to delay the submission of summary judgment motions, and no previous request has been made to extend this deadline.

Prior to submitting this motion, the undersigned consulted with opposing counsel about whether they would consent to this extension request but thus far consent has not been forthcoming.

Respectfully submitted,

                                                **HAYNSWORTH SINKLER BOYD, P.A.**

                                                s/ Robert Y. Knowlton
                                                Robert Y. Knowlton, DSC No. 2380
                                                1201 Main Street, 22nd Floor
                                                Columbia, SC 29201
                                                (803) 540-7843 Telephone
                                                (803) 765-1243 Facsimile
                                                bknowlton@hsblawfirm.com

March 25, 2025