IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC., F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>     Plaintiff,<br><br>v.<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>     Defendant,<br>and<br><br>ENGINEERED PLASTIC COMPONENTS, INC.,<br><br>     Counter-Plaintiff,<br><br>v.<br><br>TTI CONSUMER POWER TOOLS, INC., F/K/A ONE WORLD TECHNOLOGIES, INC. D/B/A TECHTRONIC INDUSTRIES POWER EQUIPMENT,<br><br>     Counter-Defendant. | Civil Action No. 8:22-cv-04085-JDA |

**EXHIBIT A**
**NON-CONFIDENTIAL DESCRIPTIVE INDEX OF**
**DOCUMENTS TO BE SEALED**

1. **Exhibit 1** – Email dated August 4, 2020 from Reid Cheatham (TTI_00367273)

2. **Exhibit 2** – EPC Visit summary, dated August 5, 2020 (TTI_00510429 – TTI_005100430)

3. **Exhibit 3** – Email dated August 14, 2020 from Trey Cottrell (TTI_00153565 – TTI_00453566)

4. **Exhibit 4** – Email dated September 3, 2020 from Reid Cheatham (TTI_00367348 – TTI_00367349)

1

5. **Exhibit 5** – Exhibit 124 excerpts to the Deposition of Brandon White on November 15, 2023 (TTI_00408464 – TTI_00408512)

6. **Exhibit 6** – Exhibit 159 to the Deposition of Brandon White on January 25, 2024 (TTI_00029624 – TTI_00029674)

7. **Exhibit 7** – Email dated July 18, 2021 from Brandon White (TTI_00421020 – TTI_00421021)

8. **Exhibit 8** – Email dated November 17, 2021 from Tammy Banks (EPC-0090378 – EPC-0090379)

9. **Exhibit 9** – Email dated January 7, 2022 from Brandon White (TTI_00156417 – TTI_00156419)

10. **Exhibit 10** – Email dated February 11, 2022 from Bob Bachman (EPC-0006392 – EPC-0006399)

11. **Exhibit 11** – Letter dated October 12, 2022 from Brandon White (EPC-0003414)

12. **Exhibit 12** – Deposition Excerpts of Steven Hoppa, dated September 29, 2023

13. **Exhibit 13** – Deposition Excerpts of Keith Lombardi, dated October 18, 2023

14. **Exhibit 14** – Exhibit 1 to the Deposition of David Richley on March 21, 2024, without attachment (TTI_00369312 – TTI_00369353)

15. **Exhibit 15** – Exhibit 3 to the Deposition of David Richley on March 21, 2024 (TTI_00355712 – TTI_00355723)

16. **Exhibit 16** – Exhibit 191 to the Deposition of Bobby Shaw on February 9, 2024 (TTI_00482644 - TTI_00482646)

17. **Exhibit 17** – Exhibit 193 to the Deposition of Bobby Shaw on February 9, 2024 (TTI_0048924 – TTI_00482926)

18. **Exhibit 18** – Exhibit 154 to the Deposition of Reid Cheatham on December 11, 2023 (TTI_00412739 – TTI_00412741)

19. **Exhibit 19** – Exhibit C to the expert report of Christ A. Gleason

20. **Exhibit 20** – Deposition Excerpts of Tammy Banks, dated September 28, 2023

21. **Exhibit 21** – Exhibit 48 to the Deposition of Tammy Banks on September 28, 2023 (TTI_00347937 – TTI_00347941)

22. **Exhibit 22** – Exhibit 84 to the Deposition of Steven Hoppa on September 29, 2023 (TTI_00343091 – TTI_00343092)

23. **Exhibit 23** – Exhibit 156 to the Deposition of Reid Cheatham on December 11, 2023 (TTI_00055533 – TTI_00055534)

24. **Exhibit 24** – Email dated April 19, 2022 from Brandon White (EPC-0001693 – EPC-0001699)

25. **Exhibit 25** – Email dated October 28, 2022 from John Kuppens

26. **Exhibit 26** – Opinion #2 & #3 to the expert report of Eric C. Lioy

27. **Exhibit 27** – Excerpt of ROYOBI LINK Modular Storage – Canada Update, dated July 13, 2021 (TTI_00345141)

28. **Exhibit 28** – Exhibit 5 to the expert report of Eric C. Lioy

    Respectfully submitted,

    **HAYNSWORTH SINKLER BOYD, P.A.**

    s/ Robert Y. Knowlton
    Robert Y. Knowlton, DSC No. 2380
    1201 Main Street, 22nd Floor
    Columbia, SC 29201
    (803) 540-7843 Telephone
    (803) 765-1243 Facsimile
    bknowlton@hsblawfirm.com

    Christopher B. Major, DSC No. 9382
    One North Main, 2nd Floor
    Greenville, SC 29601
    (864) 240-3200 Telephone
    (864) 240-3300 Facsimile
    cmajor@hsblawfirm.com

    *Attorneys for Defendant/Counter-Plaintiff*
Dated: May 13, 2025    *Engineered Plastic Components, Inc.*

3