**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment, | ) ) ) | Civil Action No. 8:22-cv-04085-JDA |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | **NOTICE OF REQUEST FOR** |
| vs. | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |
| Engineered Plastic Components, Inc. | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| | ) | |

Pursuant to Local Rule 6.02, John F. Kuppens, counsel for TTI Consumer Power Tools, Inc. requests protection from conferences, hearings, or other court appearances because of travel plans for personal vacation December 1 – 5, 2025.

Therefore, John F. Kuppens, hereby requests protection from all appearances for the above-listed dates in this division and this matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ *John F. Kuppens*
    John F. Kuppens
    Federal Bar No. 5026
    E-Mail: john.kuppens@nelsonmullins.com
    Soren K. Young
    Federal Bar No. 14481
    E-Mail: soren.young@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Marc E. Williams
    E-Mail: marc.williams@nelsonmullins.com
    949 Third Avenue / Ste 200

Huntington, WV 25701
(304) 526-3500
Admitted Pro Hac Vice

Kelly M. Reid
Federal Bar No. 10363
E-Mail: kelly.reid@nelsonmullins.com
One Wells Fargo Center
301 South College Street / 24th Floor
Charlotte, NC 28202
(704) 417-3000

**WILKINS DAVIS**
Lane W. Davis
Federal Bar No. 7739
E-Mail:  lane@wilkinsdavis.com
206 Mills Avenue
Greenville, SC  29605
(864) 263-3155

*Attorneys for Plaintiff/Counter-Defendant TTI Consumer*
*Power Tools, Inc. f/k/a One World Technologies, Inc. d/b/a*
*Techtronic Industries Power Equipment*

October 14, 2025

2